# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 22-254 (RC) |
| | : | |
| TYLER ETHRIDGE, | : | |
| | : | |
| Defendant. | : | |

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **January 18, 2024 at 11:00 am** in **Courtroom 23A**;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **December 7, 2023**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **December 21, 2023**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **January 5, 2024**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **January 9, 2024**, with all responses (if any) due by **January 12, 2024**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: September 8, 2023

RUDOLPH CONTRERAS
United States District Judge