UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-cr-254 (RC) |
| TYLER ETHRIDGE, | |
| Defendant. | |

**GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

On September 23, 2024, in *United States v. Dunfee*, 23-CR-36-RBW, Judge Walton sentenced a January 6 defendant to an upward departure on a § 231 conviction and a misdemeanor, after the defendant's § 1512(c)(2) conviction was dismissed in light of *Fischer*. In other words, *Dunfee* presented a case in the same posture as this one, and the upward departure Judge Walton imposed provides another guidepost and datapoint that this Court should consider before imposing sentence here.

Just as the government has advocated here, *see* Gov't Supp. Sen. Mem., ECF No. 55, Judge Walton found that an upward departure was warranted under both U.S.S.G. §§ 5K2.0(2) and 5K2.7. Articulating his rationale in a written Order, Judge Walton recognized that "the Sentencing Commission did not contemplate the circumstances that occurred on January 6, specifically the attempt by a large number of individuals, including the defendant, to stop the peaceful transfer of power." *Dunfee*, ECF No. 90, at 2. Consequently, Judge Walton found an upward departure warranted under U.S.S.G. § 5K2.0(2). *See id.* In addition, Judge Walton held that an upward departure was appropriate under U.S.S.G. § 5K2.7 because Dunfee's actions contributed to and resulted in a significant disruption of the certification of the electoral college vote. *See id.*

Judge Walton's findings and upward departure in *Dunfee* are consistent with Judge Kelly's

sentence in *Sparks* and Judge Cooper's resentencing in *Robertson*, both of which the government detailed in its supplemental sentencing memorandum. *See* ECF No. 55. This Court should follow Judges Kelly, Cooper, and Walton here.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                UNITED STATES ATTORNEY

BY:    */s/ Michael M. Gordon*
        MICHAEL M. GORDON
        Senior Trial Counsel, Capitol Siege Section
        Assistant United States Attorney
        Florida Bar. No. 1026025
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        michael.gordon3@usdoj.gov
        (813) 274-6000